UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHAN McDERMOTT,<br><br>    Petitioner,<br><br>    v.<br><br>J. SOTO,<br><br>    Respondent. | NO. CV 16-1888-GW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge and the Objections. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that judgment be entered dismissing the Petition as second or successive pursuant to 28 U.S.C. § 2244(b)(2).

DATED: September 17, 2018

                                          GEORGE H. WU
                                     United States District Judge