UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHAN McDERMOTT,<br><br>            Petitioner,<br><br>   v.<br><br>J. SOTO, Warden,<br><br>            Respondent. | NO.  CV 16-1888-GW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed as second or successive pursuant to 28 U.S.C. § 2244(b)(2).

DATED:  September 17, 2018

_____
GEORGE H. WU
United States District Judge